# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136149

MICHAEL J. JENKINS,
      Plaintiff-Appellee,

v

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136149
COA: 278012
WCAC: 05-000351

      On order of the Court, the application for leave to appeal the February 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

                            Clerk

t0616